**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cheryl Yvonne BARNETT,**
**Defendant–Appellant.**

**No. 08–50628**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 5, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Peter R. Held, San Antonio, TX, for Defendant–Appellant.

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cheryl Barnett has moved to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Barnett has not filed a response. Our independent review of the record and brief discloses no nonfrivolous issue for appeal. Accordingly, the motion is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.